## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | | |
|---|---|---|
| STEWART TITLE GUARANTY COMPANY, | ) ) ) | **C.A. NO. 1:10-CV-01369-MBS** |
| PLAINTIFF, | ) ) | |
| vs. | ) ) | **DEFENDANT JACQUELINE F. BUSBEE'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |
| JACQUELINE F. BUSBEE, | ) ) | |
| DEFENDANT. | ) ) ) | |

Pursuant to Rule 26.01 of the Local Civil Rules of the United States District Court for the District of South Carolina as amended, the following Answers to Interrogatories are hereby submitted on behalf of Jacqueline F. Busbee:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:     This Defendant is not aware at this time of any person or legal entity who may have a subrogation interest in this litigation.**

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:     These claims should be tried non-jury.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:     This Defendant is not a publicly owned company.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:     This Defendant has no objection to the division selected.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases; arise from the same or identical transaction, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:     This Defendant is unaware of related matters in this district.**

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:     This Defendant is properly identified.**

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to your or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability

**ANSWER:     At this time, this Defendant does not contend that any other person is liable to the Plaintiff or to this Defendant.**

YOUNG CLEMENT RIVERS, LLP


By: /s/ D. Jay Davis, Jr.
D. Jay Davis, Jr.  Federal I.D. #: 6723
Christine Kent Toporek Federal I.D. #:  9814
P.O. Box 993, Charleston, SC  29402
(843) 720-5402; E-mail:  ctoporek@ycrlaw.com
Attorneys for the Defendant Jacqueline F. Busbee

Charleston, South Carolina

Dated: July 28, 2010